**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTHONY ROGELIO GRIEGO,**

    Petitioner,

v.                                                        **Case No. 3:17cv66-LC/CAS**

**MARK S. INCH, Secretary,
Florida Department of Corrections,**

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 60) dated July 1, 2019, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied in part and dismissed in part. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. I have made a *de novo* determination of the timely filed objections.

Having considered the report and recommendation and the objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation (ECF No. 60) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Anthony Rogelio Griego (ECF No. 7) pursuant to 28 U.S.C. § 2254 as to Grounds 1 through 9 is **DENIED**.

3.  Ground 10 of the amended petition is **DISMISSED for lack of jurisdiction**.

4.  Petitioner's motion to conduct discovery, for financial assistance to hire an expert, for appointment of counsel, and to supplement the record (ECF No. 58) is **DENIED**.

5.  A certificate of appealability and leave to appeal in forma pauperis are **DENIED**.

4.  The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 26th day of August, 2019.

*s/ L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**